MICHAEL COSENTINO, SBN 83253
Counsel for the United States
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510)747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES L. SMITH
aka JAMES LAMONT SMITH
aka JAMES SMITH,

    Defendant.
_____/

NO. **CV18-03791 SLM**

**JUDGMENT ON DEFAULT**

    In the above entitled action, the defendant JAMES L. SMITH aka JAMES LAMONT SMITH aka JAMES SMITH having been duly served with the Summons and a copy of the Complaint in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by computation be made certain and for costs; and it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and

praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, JAMES L. SMITH aka JAMES LAMONT SMITH aka JAMES SMITH, the sum of $10,562.43 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.58 per day from January 30, 2019, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED: 2/5/2019



SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk    Mark Romyn